**IN THE CLEVELAND MUNICIPAL COURT**
**CUYAHOGA COUNTY, OHIO**

IN RE: Bryant Cayson

CITY: 7951AM
DOB/SSN: 6/10/84  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
Police Report #: 2020-010066
Arresting Agency: Cleveland Division of Police

[ ] AFFIDAVIT ESTABLISHING PROBABLE CAUSE FOR
[ ] WARRANTLESS ARREST R.C. 1915.66
[ ] ARREST WARRANT
[X] STATEMENT OF FACTS

I, Det. Kevin Warnock #1719 (Officer/Detective/Complainant), being first duly sworn according to law, depose and say that the probable cause that the above-named person committed the offense in the City of Cleveland for which said person was arrested is as follows:

On Friday January 11th, 2020 at 1261 W 6th St members of the Gang Impact Unit had the occasion to arrest Bryant Cayson for Improper Handling of A Firearm in a Motor Vehicle, Carrying Concealed Weapons and Having Weapons While Under Disability.

While a front seat passenger in OLP HTK3153 which was operated by Jesus Bey and at the location of W 6th St. near Johnson Ct Cayson did attempt to conceal a Glock 26 9mm handgun (serial number ADGK947) loaded with a magazine containing 10 live rounds and a live round in the chamber under the floor mat. Cayson is prohibited from possessing firearms due to at least one prior felony drug conviction. (CR-12-561197 Drug Trafficking 2925.03 A(1) & Drug possession 2925 11A)

Date/time of arrest: 1/11/2020 @ 0111 hrs.

The basis for this is in whole or in part based upon the following evidentiary sources and information: Police Report; Witness statement(s); and/or Investigative materials.

Sworn to and signed by _____ /s/ #1719 _____ (Officer/Detective/Complainant)

Sworn to and signed before me _____ F. Sutton _____ (Notary/Deputy Court Clerk)

(Notary/Clerk stamp)

**CLERK OF COURTS OFFICE USE ONLY**

I, Faceta Sutton, a Deputy Clerk for the Cleveland Municipal Court, Office of the Clerk of Courts, have independently examined the above statement and have determined that there is reasonable basis for believing that the statement is credible and that there is factual basis that there probable cause that a violation of
ORC/MC 2923.16B has been committed and that Bryant Cayson has committed it.
Earle B. Turner, 2923.13 - 2923.12a2
Cleveland Municipal Clerk of Courts  1-11-2020  by: /s/ F. Sutton
Date     Deputy Clerk

**JUDICIAL REVIEW OF INFORMATION**

Upon review of the Statement of Facts and/or the complaint, I find:
[ ] There IS probable cause at this time.
    [ ] The defendant is to remain in custody. This finding shall serve as a post-arrest warrant pursuant to R.C. 2935.08.
[ ] NO probable cause at this time and the defendant is to be released from custody. No facts submitted.

_____  _____
Judge                  Date/Time

Effective 11/6/2014

**EXHIBIT "A"**