

October 27, 2021

Mitchell Yelsky, Esq
Yelsky & Lonardo, LLC
323 W Lakeside Ave, Suite 450
Cleveland., OH 44113

*Re: DDC # F21-25461; Jesus Bey*

Dear Mr. Yelsky:

On 7/19/21 I received DNA discovery material from the Cuyahoga County Regional Forensic Science Laboratory (CCRFSL 2020-000328) regarding Mr. Bey's case. The discovery included reports, laboratory notes, worksheets, forms, serological results, electropherograms (raw data), allelic charts, statistical calculations, and technical and administrative review. After reviewing the file we had the opportunity to discuss the case and you asked me to summarize my findings. My curriculum vitae is being submitted with this report.

A Glock 26 9mm serial # ADGK947 was swabbed with two swabs at the Public Safety Central after the firearm was secured according to information provided by Detective Kevin Warnock #1719 in the CCRFSL evidence submission sheet on 1/31/20. The Inbound Evidence Receipt listed only the DNA swabs from the Glock 26 9mm that were submitted for DNA analysis from Detective Kevin Warnock and received by Wendi DAndrea at CCRFSL on 1/31/20. It is not stated in the discovery where on the gun it was swabbed and CCRFSL consumed half of each swab for DNA analysis. The Cleveland Division of Police Detail Report dated 10/19/20 listed the property collected in this case, which included DNA swabs from the Glock 26 9mm, the magazine belonging to the Glock 26 9mm, and 11 live rounds, however, the magazine and 11 live rounds were not submitted for testing. Further DNA analysis of the magazine and the live rounds could be helpful with respect to obtaining more information regarding who may have touched these items.

CCRFSL reported on 4/22/20 that a mixed DNA profile consisting of four contributors was obtained from swabs of a Glock 26 9mm serial # ADGK947 (item 2). A match was identified between item 2 and Jesus Bey. This match is 14.2 quadrillion times more probable than a coincidental match to an unrelated individual.

1

1 DDC Way • Fairfield, OH 45014 • 1.513.881.7800 • DNAcenter.com

**EXHIBIT "B"**



CCRFSL reported on 8/27/20 that a match was identified between the mixed DNA profile obtained from swabs of a Glock 26 9mm serial # ADGK947 (item 2) and Bryant Cayson, and that this match is 18.4 trillion times more probable than a coincidental match to an unrelated individual.

When DNA is detected on an item of evidence it is not known when it was deposited. Since DNA can remain on an item indefinitely, unless it is wiped off or exposed to environmental insults, it could have been transferred to the item recently or some time ago. In this case it is not known when DNA from each of the four contributors was deposited onto the Glock 26 9mm. It is also not known how the DNA was deposited onto the firearm. The DNA could have been directly deposited onto the firearm by handling it or the DNA could have been indirectly transferred. In other words, a contributor may not have directly come in contact with the Glock 26 9mm but their DNA could be on the item via an intermediary surface such as a handshake for example.

Based on my analysis of the data in the discovery, I agree with the findings from CCRFSL in this case. If you have any questions please contact me at 800-406-1940.

Sincerely,

*Julie A Heinig*

Julie A. Heinig, Ph.D.
Laboratory Director of Forensics
DNA Technical Leader
DNA Diagnostics Center
jheinig@dnacenter.com

1 DDC Way · Fairfield, OH 45014 · 1.513.881.7800 · DNAcenter.com

**EXHIBIT "B"**

## CURRICULUM VITAE: JULIE A. HEINIG

**ADDRESS:** DNA Diagnostics Center
One DDC Way, Fairfield, Ohio, 45014
phone: (513) 881-7806 ext.# 2283
jah@dnacenter.com

### EMPLOYMENT:

| | |
|---|---|
| 09/13-present | **DNA Technical Leader- Forensics**<br>DNA Diagnostics Center<br>Fairfield, Ohio |
| 01/03-present | **Assistant Laboratory Director - Forensics**<br>DNA Diagnostics Center<br>Fairfield, Ohio |
| 10/98-10/02 | **Senior Forensic Scientist/DNA Analyst**<br>Cuyahoga County Coroner's Office<br>Cleveland, Ohio |
| 01/96 | **Instructor**, Department of Life Sciences, Scarborough Campus, University of Toronto - "Cell Junction" component of Cell Biology, upper level undergraduate course. |
| 09/89-09/94 | **Teaching Assistant**, Department of Life Sciences, Scarborough Campus, University of Toronto. Prepared materials, presented lectures, and assisted students with undergraduate lab coursework in Introductory Biology, Plant Morphology and Histology. |
| 04/91 | **Research Technician II**, Bedford Institute (SS Dawson Research Vessel), Dartmouth, Nova Scotia. Conducted experiments on the gills of scallops and prepared the gill tissue for electron microscopy. |

### EDUCATION:

| | |
|---|---|
| 2003 | **Online Coursework** - University of Florida<br>Structure and Function of Nucleotides PHA5436.<br>May 12 - August 4, 2003<br>Scientific Evidence and Statistics (Univ. of Edinburgh)<br>August 25 - December 8, 2003 |
| 2001 | **Ph.D.** University of Toronto, Toronto, Ontario<br>Department: Anatomy and Cell Biology<br>Area of Study: Molecular Endocrinology and Development<br>Title: "Molecular Studies of Pituitary Hormones During the Life Cycle of the Lamprey" |
| 1993 | **M.S.** University of Toronto, Toronto, Ontario<br>Department: Zoology.<br>Area of Study: Physiology and Morphology<br>Title: "The Morphology of the Anterior Intestine in Juvenile Anadromous Sea Lampreys, *Petromyzon marinus* L., Following Gradual Acclimation and Direct Transfer to Seawater" |

EXHIBIT "B"

1988        **B.S.** Honours Biology Program at University of Toronto, Scarborough Campus.

**EXPERIENCE:**

**Case Review and Consultation** - provide case review for defense attorneys by reviewing all pertinent discovery material to ensure the results are reliable, and the interpretation of the results support the conclusions. Consult with attorneys about their case, explain serological and DNA analysis (if requested) and provide litigation questions for cross examination.

**Observe DNA Testing at Crime Laboratories** – observe the entire DNA analysis process of evidentiary samples at other laboratories to ensure the results and conclusions are reliable.

**Forensic Accreditation** – Prepare for and obtain accreditation from NFSTC ISO/IEC 17025 and DAB standards (September 23, 2003); obtain NYSDOH to perform forensic casework in N.Y. (July 28, 2004); obtain ASCLD/LAB-*International* (June 10, 2005).

**DNA Analysis** – examine evidence, perform serology, extract DNA, quantify DNA (slot blot and RT-PCR), perform DQ-A1 and Polymarkers, Restriction Fragment Length Polymorphism (RFLP), STR (Profiler Plus, Cofiler, PowerPlex 16, Identifiler) and Yfiler DNA typing for casework.

**Bring Short Tandem Repeat (STR) (ABI 3100 and 310) Online for forensic casework** - set up the STR analysis (Profiler Plus and Cofiler) at CCCO; validate the STR typing method; write the STR protocol and training manual; develop proper documentation; train DNA analysts on the 310 instrument. Validate the NT system with the 310 instrument.

Set up the forensic lab at DDC; perform forensic validations for serology, DNA analysis, RT-PCR, STRs (Profiler Plus, Cofiler, Identifiler, Globalfiler) and Yfiler (Yfiler Plus), using the 3130 (GeneMapper IdX v. 1.4) and 310 ABI instruments (GeneMapper v. 3.2); write the forensic standard operations manual and training manual and co-write the Quality Assurance manual; recruit and train forensic DNA analysts.

**Hand Examination and Analysis of Evidentiary Material for Trace Evidence** – while at CCCO examined hands of victims (homicide, suicide, or suspicious death) for blood, defects, hairs, fibers, gun shot residue and trace metal detection; analyzed clothing and evidentiary material visually and with an alternate light source; performed preliminary and confirmatory serological tests on blood/body fluid stains.

**Crime Scene Investigation** - documentation and collection of evidence.

**Prepare Written Case Report and Testify as Expert Witness** - interpret Short Tandem Repeat (STR) and Y-STR results; generate probability statistics; write case reports and perform technical review of other scientist's analysis and reports; inform attorneys, forensic analysts and law enforcement officials of our results; testify to my casework and that of other DNA scientists in the lab.

**Accreditation Preparation** - ensure compliance with ISO 17025 ANAB and NYDSOH standards which includes lab maintenance, proper documentation of

EXHIBIT "B"

lab and equipment maintenance, critical reagents, STR validations, employee proficiencies; preparation of Protocol, Training, and Quality Assurance manuals.

**CODIS Manager and Quality Assurance Manager at CCCO** - upload DNA profiles to the Combined DNA Information System (CODIS) at CCCO; maintain the CODIS system and perform administration; assign and monitor proficiency testing; oversee equipment maintenance; manage and maintain quality assurance in the lab.

**Seminars, Tours, Workshops and Mock Crime Scenes** - Provide seminars, tours, workshops and mock crime scenes at DDC and offsite, as well as previously at CCCO, to various groups (ie. attorneys, schools, universities, law enforcement agencies).

**Computer Skills** - Microsoft Word; Word; Adobe Photoshop; PowerPoint; Excel; Oligo; Geneworks; DNA Strider; Netscape; statistics programs; DNA and protein databases (ie. GenBank); ABI 310, 3100, and 3130 Collection; Genotyper; Genescan; GeneMapper; CODIS; Popstats; Sequence Navigator; Sequencing Analysis; DNA View.

## SPECIALIZED TRAINING:

| | |
|---|---|
| 2019 | **"The Y-HRD Database: How it Works and How To Use It In Casework"**<br>Online Webinar – Promega<br>Dr. Lutz Roewer<br>May 8th, 2019 |
| 2019 | **"Statistical Genetics and the Mechanisms of Probabilistics Genotyping"**<br>Online Webinar – NIJ (Forensic Technology Center of Excellence)<br>Drs. David Balding, Michael Coble, John Buckleton, and Steven Myers<br>May 8th, 2019 |
| 2019 | **"The Elements of DNA Profile Interpretation and Probabilistic Genotyping"**<br>Online Webinar - NIJ (Forensic Technology Center of Excellence)<br>Drs. Tamyra Moretti and Peter Gill<br>May 5th, 2019 |
| 2018 | **Promega 29th International Symposium on HID**<br>Phoenix, AZ – September 23-September 25, 2018 |
| 2018 | **Promega 29th International Symposium on HID**<br>Phoenix, AZ – September 24, 2018<br>Attended: Workshop: "Systems Thinking and DNA Mixtures: Dynamic Models, Optimization, Validation and Inference" |
| 2017 | **Midwestern Association of Forensic Scientists $46^{nd}$ Annual Meeting**<br>Cincinnati, OH – September 18-22, 2017 |
| 2016 | **Promega 27th International Symposium on HID**<br>Minneapolis, MN – September 26-September 29, 2016 |
| 2016 | **Promega $27^{nd}$ International Symposium on HID** |

*Julie Heinig - CV*      3

**EXHIBIT "B"**

| | |
|---|---|
| | Attended: Workshop: "Validation and Mixture Interpretation Standard Operating Procedures"<br>Minneapolis, MN – September 26, 2016 |
| 2014 | **Promega 25nd International Symposium on HID**<br>Phoenix, AZ – September 29-October 2, 2014 |
| 2014 | **Promega 25nd International Symposium on HID**<br>Attended: Workshop: "NGS Advances in Human Forensic Genomics"<br>Phoenix, AZ – September 29, 2014 |
| 2013 | **DNA Mixture Interpretation & Statistics using Likelihood Ratios**<br>MAFS 42nd Annual Meeing Dayton, OH<br>Instructor: B. Heidelbrecht<br>Sept. 30-Oct. 1, 2013 |
| 2013 | **Midwestern Association of Forensic Scientists 42nd Annual Meeting**<br>Dayton Convention Center, Dayton, OH<br>October 3-4, 2013 |
| 2012 | **Promega 23nd International Symposium on HID**<br>Nashville, TN – October 15-19, 2012 |
| 2012 | **Promega 23nd International Symposium on HID**<br>Attended: Workshop: "Mixtures Interpretation"<br>Nashville, TN – October 15, 2012 |
| 2012 | **Life Technologies**<br>"HID Future Trends in Forensic DNA Technology Workshop"<br>Columbus, OH – September 6, 2012 |
| 2012 | **Innocence Network Conference**<br>Kansas City, MO – March 30-31, 2012 |
| 2011 | **Innocence Network Conference**<br>Cincinnati, OH – April 7- 10, 2011 |
| 2010 | **Innocence Network Conference**<br>Atlanta, GA – April 16- 18, 2010 |
| 2009 | **Promega 20th International Symposium on HID**<br>Overview given by Tom Reid, Ph.D.<br>DDC – October 30, 2009 |
| 2009 | **Mike Shiver, Ph.D.**<br>Ancestry DNA/DNA Witness<br>DDC – October 7, 2009 |
| 2009 | **UC Law School/Rosenthal Institute for Justice/ Ohio Innocent Project**<br>Cincinnati Museum Center – August 17, 2009 |
| 2009 | **Innocence Network Conference**<br>Houston, TX – March 20 - 22, 2009 |

*Julie Heinig - CV*        4

**EXHIBIT "B"**

| | |
|---|---|
| 2009 | **Mike Coble, Ph.D.**<br>"mtDNA Testing at AFDIL" (Armed Forces DNA Identification Laboratory)<br>DDC – March 10, 2009 |
| 2009 | **Cassie Johnson, M.S.**<br>"STR Analysis in Forensic Casework and Paternity Testing"<br>Workshop on Y-STR Mixtures<br>DDC – March 5, 2009 |
| 2009 | **AAFS 61th Annual Meeting**<br>Denver Convention Center<br>ABI Forum included<br>Denver, Colorado - February 18 - 20, 2009 |
| 2008 | **Promega 19th International Symposium on HID**<br>Attended: Workshop 10-16-08 "Troubleshooting Common Laboratory Problems"<br>Hollywood, California - October 13 - 16, 2008 |
| 2008 | **Dr. Odell Owens, M.D.**<br>Hamilton County Coroner – "Educate the Living"<br>DDC – March 12, 2008 |
| 2007 | **Dr. T. Reid, Ph.D.**<br>Associate Director, DDC<br>"Review of International Society for Forensic Genetics Meeting-Copenhagen"<br>DDC - September 6, 2007 |
| 2007 | **Dr. P. Lepont, Ph.D.**<br>"Applications of Directional Cell Migration"<br>DDC - June 29, 2007 |
| 2007 | **Dr. J. Sun, Ph.D.**<br>"Gene Polymorphisms of Natural Killer Cell Receptors"<br>DDC - June 1, 2007 |
| 2007 | **Dr. Conneally, Ph.D.**<br>"The Role of DNA in Forensics and Mass Tragedies"<br>DDC - May 18, 2007 |
| 2007 | **L. Farris**<br>"Internalization and Metabolic Activation of E. Coli O157:H7"<br>DDC - May 11, 2007 |
| 2007 | **Forensic e-Symposium, Human Identification**<br>"Profiling of Degraded and Low Amounts of DNA"<br>Live and Online - March 27, 2007 |
| 2006 | **DDC Workshop**<br>Review of Meetings and Workshops attended by staff<br>American Society of Human Genetics, AABB, Promega, MAFS<br>DDC - November 10, 2006 |
| 2006 | **Dr. L. Maddox**<br>"Validation and Application of a Duplex qPCR Assay"<br>DDC - October 16, 2006 |

**EXHIBIT "B"**

| | |
|---|---|
| 2006 | **MAFS 36th Annual Meeting**<br>Indianapolis, Indiana October 9, 2006 - October 13, 2006<br>Workshops attended:<br>Promega's Integrated Solutions in Forensic DNA Technology, October 9, 2006<br>Review of DNA Testing Results, October 11, 2006 |
| 2006 | **ABI Real Time 7500 Training - Chemistry and Software**<br>FAS Catherine Caberello<br>DDC - August 17, 2006 |
| 2006 | **Dr. Charles Brenner**<br>"DNA View and Kinship"<br>DDC - August 14, 2006 |
| 2006 | **ABI Real Time 7500 - Installation and Training**<br>Service Engineer Greg LaCrosse<br>DDC - August 8, 2006 |
| 2006 | **Dr. R. Cotton**<br>"Testing Fundamentals and Preparation for Trials"<br>DDC - May 17, 2006 |
| 2006 | **ABI Trends Meeting**<br>Westin Hotel<br>Cincinnati, Ohio - April 5, 2006 |
| 2005 | **Promega 16th International Symposium on HID**<br>Attended: Statistics workshop; Automated DNA testing workshop;<br>Promega Trends seminar; SWGDAM meeting<br>Dallas, Texas - September 25 - 29, 2005 |
| 2005 | **National Association of Criminal Defense Lawyers Conference**<br>Barry Scheck<br>New Orleans, Louisiana - February 10, 2005 |
| 2005 | **ABI 310 Training and GeneMapper v. 3.2**<br>FAS Catherine Caberello<br>DDC - January 18, 2005 |
| 2004 | **Paternity Testing**<br>Dr. Chakraborty (University of Cincinnati)<br>DDC - April 2, 2004 |
| 2004 | **SNPs**<br>Applied Biosystems<br>DDC - February 27, 2004 |
| 2004 | **Profitable Exhibiting & Better Booth Staffing**<br>Skyline Exhibits<br>Springdale, Ohio - February 5, 2004 |
| 2003 | **National CODIS Conference**<br>National Conference Center<br>Lansdowne, Virginia - November 3 - 6, 2003 |

**EXHIBIT "B"**

| | |
|---|---|
| 2003 | **Association of Forensic Quality Assurance Managers (AFQAM) Conference**<br>Embassy Suites<br>Indianapolis, Indiana - October 6 - 9, 2003 |
| 2003 | **Trends in Forensic DNA Technology**<br>Applied Biosystems<br>Westin<br>Cincinnati, Ohio - August 26, 2003 |
| 2003 | **NFSTC Accreditation for Forensic Testing**<br>In compliance with requirements of ISO/IEC 17025 and DAB standards<br>Assessors Dr. Lodge and Lucy Davis Houck<br>DDC - June 9 -10, 2003 |
| 2003 | **Real Time PCR Seminar**<br>Catherine Caberello, Applied Biosystems<br>DDC - April 3, 2003 |
| 2003 | **AAFS 55th Annual Meeting**<br>Hyatt Regency<br>ABI Forum and HITA Meeting included; AAFS<br>Chicago, Illinois - February 19 - 21, 2003 |
| 2003 | **3100 Training**<br>Carol Schurzinger, Applied Biosystems<br>DDC - January 14 - 15, 2003 |
| 2002 | **Performance Level Auditing for the Crime Laboratory Workshop**<br>BCI&I<br>National Forensic Science Technology Center<br>Richfield, Ohio - April 17 - 18, 2002 |
| 2002 | **CODIS Meeting**<br>BCI&I<br>Cindy Shannon<br>Richfield, Ohio - March 11, 2002 |
| 2001 | **CODIS Workshop**<br>Cuyahoga County Coroner's Office<br>Instructor: Cindy Shannon, BCI&I London, Ohio<br>Cleveland, Ohio - April 4, 2001 |
| 2000 | **Bloodstain Pattern Analysis Workshop**<br>Cuyahoga County Coroner's Office<br>Instructor: Toby Wolson<br>Cleveland, Ohio - November 13 - 17, 2000 |
| 2000 | **Microscopy Training Workshop**<br>Cuyahoga County Coroner's Office<br>Instructor: Jay Mansbach<br>Cleveland, Ohio - September 14 - 15, 2000 |

**EXHIBIT "B"**

| | |
|---|---|
| 2000 | **STR Workshop - FBI**<br>Cuyahoga County Coroner's Office<br>Instructors: Jill Smerick and Debbie Hobson, DNA Unit I, Washington, D.C.<br>Cleveland, Ohio - June 19, 2000 |
| 2000 | **Mitochondrial DNA Analysis Course**<br>Intensive 2 week course including theory, practical laboratory training, mock trials, sequence interpretation.<br>Instructors: Alice Isenberg and Mitochondrial Examiners, Unit II, FBI Academy, Quantico, Virginia - June 5 - 16, 2000 |
| 2000 | **Mock Trial Training - Expert Testimony in DNA**<br>Cuyahoga County Coroner's Office<br>Cleveland, Ohio - April 5, 2000 |
| 2000 | **Short Tandem Repeat Workshop** (ABI 310 capillary electrophoresis)<br>Cuyahoga County Coroner's Office<br>Course Instructors: Catherine Caberello, Perkin Elmer<br>Cleveland, Ohio - February 6 - 10, 2000 |
| 1999 | **Mock Trial Training - Expert Testimony in DNA**<br>DQA1 and Polymarkers and RFLP. Cuyahoga County Coroner's Office, Cleveland, Ohio - July 10, 1999 |
| 1999 | **Short Tandem Repeat (ABI 310) Workshop - MAFS**<br>Interpretation of STR data on the ABI 310 CE. Illinois State Police, Chicago, Illinois - March 9 - 12, 1999 |
| 1998 | **Population Statistics in DNA Analysis**<br>Cuyahoga County Coroner's Office, Cleveland, Ohio<br>Course Instructors: Dr. George Carmody, University of Carleton, Ottawa, Canada and Dr. Jennifer Smith, DNA Unit I, FBI<br>Washington, D.C. - December 8 - 9, 1998 |
| 1998 | **Mock Trial Training - Expert Testimony in Serology and DNA**<br>Cuyahoga County Coroner's Office<br>Cleveland, Ohio - November 22, 1998 |
| 1998 | **Forensic Polymerase Chain Reaction Typing Method D1S80**<br>Cuyahoga County Coroner's Office-Cleveland, Ohio<br>Course Instructors: Dr. Mohammed Tahir and Dr. K. Ballamurugan, Marion County Forensic Laboratory<br>Indianapolis, Indiana - October 17 - 20, 1998 |

## INVITED INSTRUCTOR/ GUEST LECTURER

| | |
|---|---|
| 2019 | **Lake County Criminal Defense Lawyers Association**<br>CLE Presentation: *"DNA Today and Beyond"*<br>Kirtland, OH – October 25, 2019 |
| 2017 | **IL Association of Criminal Defense Lawyers**<br>CLE Presentation: *"Behind the DNA Report"*<br>East St. Louis, IL – March 24, 2017 |

*Julie Heinig - CV*                      8

**EXHIBIT "B"**

| | |
|---|---|
| 2015 | **Ohio Association of Criminal Defense Lawyers**<br>CLE Presentation: *"Behind the DNA Report"*<br>Cleveland, OH – October 23, 2015 |
| 2015 | **Ohio Innocence Project – Law Student Lab Tour and Workshop**<br>DDC – September 18, 2015 |
| 2014 | **Lake County Criminal Defense Lawyers Association**<br>CLE Presentation: *"Behind the DNA Report"*<br>Kirtland, OH – September 26, 2014 |
| 2014 | **KY Innocence Project– Law Student Lab Tour and Workshop**<br>DDC – March 28, 2014 |
| 2013 | **Northern Kentucky University/KY Innocence Project**<br>Highland Heights, KY – March 29, 2013 |
| 2012 | **Ohio Association of Criminal Defense Lawyers**<br>Death Penalty Seminar Presentation: *"DNA: Basics & Legal Applications"*<br>Columbus, OH – November 15, 2012 |
| 2012 | **Innocence Network Conference**<br>Expert Panelist – Advanced Topics in DNA<br>Kansas City, MO – March 30-31, 2012 |
| 2012 | **Northern Kentucky University/KY Innocence Project**<br>Highland Heights, KY – February 17, 2012 |
| 2011 | **Innocence Network Conference**<br>Expert Panelist – Advanced Topics in DNA<br>Cincinnati, OH – April 7-10, 2011 |
| 2011 | **Northern Kentucky University/KY Innocence Project**<br>Highland Heights, KY – February 11, 2011 |
| 2011 | **University of Kentucky/KY Innocence Project**<br>Lexington, KY – February 18, 2011 |
| 2010 | **Dayton Bar Association**<br>Dayton, OH – November 10, 2010 |
| 2010 | **Greater Cincinnati Criminal Defense Lawyers Association**<br>Workshop/Tour - November 8, 2010 |
| 2010 | **Ohio Innocence Project Director Mark Godsey**<br>August 16, 2010 |
| 2010 | **Ohio Innocence Project – Law Student Lab Tour and Workshop**<br>DDC - August 12, 2010 |
| 2010 | **Innocence Network Conference**<br>Expert Panelist – Advanced Topics in DNA<br>Atlanta, GA – April 16 - 18, 2010 |
| 2010 | **University of Kentucky/KY Innocence Project** |

*Julie Heinig - CV*      9

**EXHIBIT "B"**

|      |                                                                                                                                                                            |
|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | Lexington, KY – February 5, 2010                                                                                                                                           |
| 2010 | **Northern Kentucky University/KY Innocence Project**<br>Highland Heights, KY – January 29, 2010                                                                           |
| 2009 | **Kentucky Innocence Project**<br>LaGrange, KY - November 3, 2009                                                                                                          |
| 2009 | **Ohio Criminal Defense Lawyers Association Seminar**<br>Columbus, OH – October 23, 2009                                                                                   |
| 2009 | **New Orleans Innocence Project**<br>New Orleans, LA – September 23, 2009                                                                                                  |
| 2009 | **Greater Cincinnati Defense Lawyers Association**<br>Cincinnati, OH – August 12, 2009                                                                                     |
| 2009 | **Kentucky Innocence Project: RFP Presentation**<br>Frankfort, KY – May 13, 2009                                                                                           |
| 2009 | **Florida Association of Criminal Defense Lawyers**<br>Death Penalty Seminar - CLE Seminar:<br>Orlando, Florida - March 26, 2009                                           |
| 2009 | **Innocence Network Conference**<br>Expert Panelist – Advanced Topics in DNA<br>South Texas College of Law; Houston, Texas<br>March 21, 2009                               |
| 2009 | **Kentucky Department of Public Advocacy**<br>Eastern Kentucky University Law School<br>*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*<br>February 6, 2008 |
| 2009 | **Kentucky Department of Public Advocacy**<br>Northern Kentucky University Law School<br>*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*<br>January 30, 2008 |
| 2008 | **Arkansas Association of Criminal Defense Lawyers**<br>CLE Seminar: *"Forensic DNA Basics & Legal Applications"*<br>Fayetteville, Arkansas - November 21, 2008            |
| 2008 | **Ohio Innocence Project and University of Cincinnati Law School**<br>*Laboratory Tour and DDC Overview*<br>DDC - July 29, 2008                                            |
| 2008 | **FBI - Cincinnati**<br>*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*<br>DDC - June 25, 2008                                                   |
| 2008 | **Kentucky Department of Public Advocacy**<br>University of Kentucky Law School<br>*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*<br>February 6, 2008 |

*Julie Heinig - CV*     10

**EXHIBIT "B"**

| | |
|---|---|
| 2008 | **Kentucky Department of Public Advocacy**<br>Eastern Kentucky University Law School<br>*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*<br>February 1, 2008 |
| 2008 | **Kentucky Department of Public Advocacy**<br>Northern Kentucky University Law School<br>*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*<br>January 30, 2008 |
| 2007 | **Lake County Bar Association's Criminal Law Committee Seminar**<br>*"Forensic DNA Basics & Legal Applications in Sexual Assault Cases"*<br>Milwaukee, Wisconsin - October 5, 2007 |
| 2007 | **Union Township/Amelia Police Departments**<br>*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*<br>DDC - May 17, 2007 |
| 2007 | **University of Cincinnati Clinical and Lab Science Program**<br>*"DNA Basics, Serology and Evidence Collection Workshop"*<br>DDC - April 12, 2007 |
| 2007 | **Harris County Criminal Defense Lawyers Association**<br>*"Forensic DNA Basics, DNA Evidence Collection/Serology Workshop"*<br>Houston, Texas - March 29, 2007 |
| 2007 | **Lee County Sheriff Office and State Prosecutor Office**<br>*"Collection of Evidence for DNA Analysis and Y-STR Roundtable Workshop"*<br>Ft. Myers, Florida - February 5 - 6, 2007 |
| 2006 | **Ohio Association of Criminal Defense Lawyers**<br>Death Penalty Seminar - CLE Seminar:<br>*"Forensic DNA Basics & Legal Applications"*<br>Columbus, Ohio - November 16, 2006 |
| 2006 | **Kentucky Department of Public Advocacy**<br>CLE Seminar:<br>*"Forensic DNA Basics & Legal Applications and Mock Crime Scene Workshop"*<br>DDC - August 25, 2006 |
| 2006 | **Indian Hill Student Program** (AP Biology Class – Seniors)<br>*"DNA Basics, Serology and Evidence Collection Workshop"*<br>DDC - May 16, 2006 |
| 2006 | **Ohio Innocence Project and University of Cincinnati Law School**<br>Laboratory Tour and DDC Overview<br>DDC - May 1, 2006 |
| 2006 | **University of Cincinnati Clinical and Lab Science Program**<br>*"DNA Basics, Serology and Evidence Collection Workshop"*<br>DDC - April 20, 2006 |
| 2006 | **Kentucky Association of Criminal Defense Lawyers**<br>CLE Seminar: |

*Julie Heinig - CV*            11

**EXHIBIT "B"**

|  | |
|---|---|
| | *"Forensic DNA Basics & Legal Applications and Mock Crime Scene Workshop"*<br>DDC - March 16 - 17, 2006 |
| 2006 | **Indiana Public Defender's Office**<br>CLE Seminar: *"Forensic DNA Basics & Legal Applications"*<br>Indianapolis, Indiana - February 24, 2006 |
| 2006 | **Law Enforcement (Cincinnati area) Workshop**<br>*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*<br>DDC - January 27, 2006 |
| 2005 | **Central Ohio Association of Criminal Defense Lawyers**<br>CLE Seminar: *"DNA Trends and Forensic Applications"*<br>Columbus, Ohio - July 27, 2005 |
| 2005 | **International Association for Identification: 90th International Educational Conference**<br>*"Forensic DNA Technology"*<br>Dallas, Texas - August 9, 2005 |
| 2005 | **Greater Cincinnati Criminal Defense Lawyers Association**<br>CLE Seminar: *"DNA Trends and Forensic Applications"*<br>DDC - July 11, 2005 |
| 2005 | **Law Enforcement Agencies in Fredricksburg and Travis County, Texas**<br>*"DNA Basics and Collection of Evidence for DNA Analysis"*<br>June 1 - 2, 2005 |
| 2005 | **Law Enforcement Agencies in Southern Ohio**<br>*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*<br>DDC - January 22, 2005; February 18, 2005; March 4, 2005; March 15, 2005; March 23, 2005; May 27, 2005; July 29, 2005 |
| 2004 | **DNA Diagnostics Center: Cincinnati Law Enforcement Agencies**<br>*"Collection of Evidence for DNA Analysis and Mock Crime Scene Workshop"*<br>DDC Open House- August 19, 2004 |
| 2004 | **University of Cincinnati: Clinical Laboratory Science Program**<br>*"Molecular Applications in Forensics"*<br>DDC - April 12, 2004 |
| 2004 | **Corporate Accounts**<br>*"Forensics Overview"*<br>DDC - March 17, 2004 |
| 2004 | **HIT Conference (Homicide Investigators of Texas)**<br>*"DNA Diagnostics Center Presentation"*<br>Ft. Worth, Texas - March 2, 2004 |
| 2003 | **DNA Diagnostics Center (upper management)**<br>*"CODIS Presentation"*<br>November 12, 2003 |
| 2003 | **DNA Diagnostics Center (upper management)**<br>*"AFQAM Presentation"*<br>October 10, 2003 |

*Julie Heinig - CV*        12

**EXHIBIT "B"**

| | |
|---|---|
| 2003 | **DNA Diagnostics Center (DDC departments)** <br> *"2004 Forensic Overview"* <br> March 6, 2003 |
| 2003 | **DNA Diagnostics Center (laboratory)** <br> *"AAFS Presentation"* <br> February 27, 2003 |
| 2002 | **DNA Diagnostics Center (upper management)** <br> *"Collection of Evidence for DNA Analysis"* <br> December 8, 2002 |
| 2002 | **Police Academy - Cuyahoga County Coroner's Office** <br> *"Collection of Evidence for DNA Analysis"* <br> Cleveland, Ohio - January 22, 2002 |
| 2002 | **CCCO Forensic Pathologists Meeting** <br> *"STR Analysis and Probability Statistics"* <br> Cleveland, Ohio - January 4, 2002 |
| 2001 | **Independence School System (High school)** <br> *"Forensic Science Techniques and DNA Analysis"* <br> Cleveland, Ohio - May 5, 2001 |
| 2001 | **Women In Science: Career Workshop** <br> *"Hands-On Workshop in Forensics"* <br> Cuyahoga Community College <br> Cleveland, Ohio - January 13, 2001 |
| 2000 | **Ohio State Coroner's Association Education Conference** <br> *"DNA Collection: A How-To Guide and its Application in Forensics"* <br> Cleveland, Ohio - May 5, 2000 |
| 2000 | **Moreland Hills Police Department** <br> Tour of Cuyahoga County Coroner's Office *"DNA Analysis in Forensics"* <br> Cleveland, Ohio - November 1, 2000 and November 7, 2000 |
| 2000 | **Solomon Schecter Day School of Cleveland** (Middle school) <br> *"Forensic Science Techniques and DNA Analysis"* <br> Cleveland, Ohio - January 10, 2000 |
| 1999 | **Society of Applied Spectroscopy Conference** <br> *"Forensic Science Techniques and DNA Analysis"* <br> October 28, 1999 |
| 1999 | **Broadview Heights Detectives and Patrolmen** <br> *"Crime Scene Seminar and Forensic Science Workshop"* <br> Broadview Heights, Ohio - September 30, 1999 |
| 1999 | **Twinsburg High School** <br> *"Forensic Science Techniques and DNA Analysis"* <br> Cleveland, Ohio - April 13, 1999 |
| **PROFESSIONAL ASSOCIATIONS:** | International Society for Forensic Genetics |

*Julie Heinig - CV*  13

**EXHIBIT "B"**

American Academy of Forensic Sciences
Association of Forensic Quality Assurance Managers
Midwestern Association of Forensic Scientists

**TESTIFIED AS EXPERT WITNESS:**

Canton, OH 2021 – Defense
Sidney, OH 2021 – Defense; hearing
Delaware, OH 2020 – Defense
Cleveland, OH 2020 – Defense
Fairfield, OH 2020 – Defense; hearing
Battle Creek, MI 2019 – Defense
Circleville, OH 2019 – Defense
Painesville, OH 2018 – Defense
Cleveland, OH 2018 – Defense
Clearwater, FL 2018 – Defense; hearing
Columbus, OH 2018 – Defense
Cleveland, OH 2018 – Defense
Athens, OH 2018 – Defense
Columbus, OH 2018 – Defense
Colorado Springs, CO 2017 – Defense
Fairfield, OH 2017 – Prosecution; deposition
Dayton, OH 2017 – Prosecution
Fairfield, OH 2017 – Civil; deposition
Fairfield, OH 2017 – Defense; deposition
Delaware, OH 2017 – Defense
Cherry Hill, NJ 2017 – Civil/Defense
Covington, KY 2017 – Defense
Delaware, OH 2017 – Defense
Gainesville, FL 2017 – Defense
Lebanon, OH 2017 – Defense; hearing
New York, NY 2017 – Civil/Defense; deposition
Canton, OH 2016 – Defense
Cleveland, OH 2016 – Defense
Cleveland, OH 2016 – Defense
Cleveland, OH 2016 – Defense
Lebanon, PA 2016 – Defense
Warsaw, NY 2015 – Defense
Columbus, OH 2015 – Defense
Akron, OH 2015 – Defense
Tampa, FL 2015 – Defense
Ft. Lauderdale, FL 2015 – Defense
Frankfort, KY 2015 – Defense
West Palm Beach, FL 2015 – Defense
West Palm Beach, FL 2015 – Defense
Jacksonville, FL 2015 – Defense
West Palm Beach, FL 2014 – Defense
Fairfield, OH 2014 – Defense; deposition
Tampa, FL 2014 – Defense
Fairfield, OH 2014 – Defense; deposition
Xenia, OH 2014 – Defense
Orlando, FL 2014 – Defense
Fairfield, OH 2014 – Defense; deposition
Washington, DC 2014 – Defense
Ft. Myers, FL 2014 – Prosecution

*Julie Heinig - CV*  14

Fairfield, OH 2014 – Defense; phone testimony
Pampa, TX 2014 – Defense
Columbus, OH 2014 – Defense
Medina, OH 2014 – Defense
Gainesville, FL 2013 – Defense
Zanesville, OH 2013 – Defense
Fairfield, OH 2013 – Defense; deposition
Cincinnati, OH 2013 – Defense
Akron, OH 2013 – Defense
Cincinnati, OH 2013 – Defense
Washington, DC 2013 – Defense
Lima, OH 2013 – Defense
Paducah, KY 2013 – Defense
Merrillville, IN 2013 – Defense
Fairfield, OH 2013 – Defense
Merrillville, IN 2013 – Defense
Washington, DC 2013 – Defense
Fayetteville, WV 2013 – Defense
Clearwater, FL 2013 – Defense
Portland, OR 2012 – Defense
Fairfield, OH 2012 – Defense
Fairfield, OH 2012 – Defense
Welland, ON 2012 – Defense
Akron, OH 2012 – Defense
Elyria, OH 2012 – Defense
Fairfield, OH 2012 – Defense
Fairfield, OH 2012 – Defense
Fairfield, OH 2012 – Prosecution
Taylorsville, KY 2012 – Defense
Wauseon, OH 2012 – Defense
Covington, KY 2012 – Defense
Accomac, VA 2012 – Civil
Fairfield, OH 2012 – Civil; deposition
Ottawa, IL 2012 – Prosecution/Defense
Fairfield, OH 2012 – Civil; deposition
Fairfield, OH 2012 – Defense; phone testimony
Columbus, OH 2012 – Defense
Fairfield, OH 2011 – Defense; phone testimony
Fairfield, OH 2011 – Defense; deposition
Aurora, IL 2011 – Defense
Eureka, CA 2011 – Defense
Toledo, OH 2011 – Defense
Toledo, OH 2011 – Defense
Fairfield, OH 2011 – Civil; deposition
Toledo, OH 2011 – Defense
Huntington, WV 2011 – Defense
Bradenton, FL 2011 – Defense
Crestview, FL 2011 – Defense
Jackson, TN 2011 – Prosecution
Fort Wayne, IN 2011 – Prosecution
Fairfield, OH 2010 – Defense; deposition
Covington, KY 2010 – Defense
Chagrin Falls, OH 2010 – Defense
Toledo, OH 2010 – Prosecutor
Lafayette, LA 2010 – Defense

*Julie Heinig - CV*      15

**EXHIBIT "B"**

        Fairfield, OH 2010 – Defense; phone testimony
        Akron, OH 2010 – Defense
        Ft. Myers, FL 2009 – Prosecution
        Cuyahoga County, Cleveland, OH 2009 – Prosecution
        Wilmington, OH 2009 – Defense
        Lake City, FL 2009 – Defense
        Cincinnati, OH 2009 – Defense
        Lake City, FL 2009 – Defense
        Cincinnati, OH 2009 – Prosecution
        Ft. Myers, FL 2009 – Prosecution; deposition
        Fairfield, OH 2009 – Defense
        New York, N.Y. 2009 – Defense
        St. Petersburg, FL 2009 – Prosecution
        Cuyahoga County, Cleveland, OH 2009 – Prosecution
        Ft. Myers, FL 2008 – Prosecution
        Iron Mountain, MI 2008 – Defense
        Washington, D.C. 2008 – Defense
        Fairfield, OH 2008 – Prosecution; deposition
        Davenport, IA 2008 – Defense
        Cuyahoga County, Cleveland, OH 2008 – Prosecution
        Toledo, OH 2008 – Defense
        Cuyahoga County, Cleveland, OH 2007 – Prosecution
        Prestonburg, KY 2007 – Defense
        Whitman County, WA 2007 – jury trial; testify by phone; listen to 3 experts – Defense
        Livingston County, Pontiac, IL 2007 – Prosecution
        Cuyahoga County, Cleveland, OH 2007 – Voir Dire -Prosecution
        Washington, D.C. 2007 – Defense
        Cuyahoga County, Cleveland, OH 2006 – Prosecution
        Lima, OH 2006 – Defense
        Cincinnati, OH 2006 – Civil Matter; deposition
        Hamilton County, Cincinnati, OH 2006 Juvenile Court – Defense
        Lucas County, Toledo, OH 2005 – Defense
        Naval Station, Bremerton, WA, 2005 – Prosecution
        Hamilton County, Cincinnati, OH, 2005 – Defense
        State Attorneys Office Lee County, Ft. Myers, FL 2005 – Prosecution
        Ashland County and Richland County, OH 2002
        Cuyahoga County, Cleveland, OH 1999, 2000, 2001 and 2002

## RECOGNITION/AWARDS:

| | |
|---|---|
| 1998 | **Open Scholarship**, University of Toronto |
| 1994 | **Seminar Series Award** for Best Speaker, Department of Anatomy and Cell Biology, University of Toronto. |
| 1992 | **Open Scholarship**, University of Toronto |
| 1991 | **Scarborough College Graduate Student Award**, University of Toronto. |

## PUBLICATIONS:

Sheets, K.M., M. L. Baird, **J. A. Heinig**, D. Davis, M. Sabatini, D. B. Starr. 2017. A Case of Chimerism-Induced Paternity Confusion: What ART Practitioners can do to Prevent Future Calamity for Families.

*Julie Heinig - CV*                 16

**EXHIBIT "B"**

Journal of Assisted Reproduction and Genetics. https://doi.org/10.1007/s10815-017-1064-6

**Heinig, J.A.** (2007) *The Use and Significance of Y-STR Testing*, The DDC Link: Forensic Newsletter, Fall, 2007.

**Heinig, J.A.** (2007) *DNA from Fingerprints*. Columbus Bar Association; Lawyer's Quarterly, Fall 2007.

**Heinig, J.A.** (2007) *One DNA Test…Many Interpretations…Reasonable Doubt?* The DDC Link: Forensic Newsletter, July, 2007.

**Heinig, J.A.** (2007) *DNA from Fingerprints*. The DDC Link: Forensic Newsletter, April, 2007.

Youson, J.H., **Heinig, J.A.**, Khanam, S.F., Sower, S.A., Kawauchi, H., and Keeley, F.W. (2006) Patterns of propiomelanocortin and proopiocortin gene expression and immunohistochemistry for gonadotropin-releasing hormones (1GnRH-I and III) during the life cycle of a nonparasitic lamprey: Relationship to this adult life history type. *Gen Comp Endo.*, 148:54-71.

**Heinig, J.A.** (2005) *DNA from Fingerprints*. Northern Kentucky Bar Association; August/September 2005.

**Heinig, J.A.**, Keeley, F.W., Kawauchi, H., and Youson, J.H. (1999) Expression of proopiocortin and proopiomelanotropin during the life cycle of the sea lamprey (*Petromyzon marinus*). *J. Exp. Zool.*. 283:95-101.

Filosa, M.F., Adam, I., Robson, P., **Heinig, J.A.**, Smith, K., Keeley, F.W., and Youson, J.H. (1999) A partial clone of the gene for AS protein of the lamprey Petromyzon marinus: A member of the albumin supergene family whose expression is restricted to the larval and metamorphic phases of the life cycle. *J. Exp. Zool.* In Press

Ficele, G., **Heinig, J.A.**, Kawauchi, H., Youson, J.H., Keeley, F.W., and Wright, G.M. (1998) Spatial and temporal distribution of proopiomelanotropin (POM) and proopiocortin (POC) mRNA during development of the sea lamprey: a qualitative and quantitative *in situ* hybridization study. *Gen. Comp. Endocrinol*, 110:212-225.

**Heinig, J. A.**, Keeley, F. W., Robson, P., Sower, S. A., and Youson, J. H. (1995). The appearance of proopiomelanocortin early in vertebrate evolution: Cloning and sequencing of POMC from a lamprey pituitary cDNA library. *Gen. Comp. Endocrinol*, 99:137-144.

## PRESENTATIONS:

Baird, M.L., **Heinig, J.A.**, Davis, D.L., Sheets, K., Kirkpatrick, B. and Starr, D.B. (2015) Alleged Father with Chimeric Germline Tissue. Presented at Promega 16th International Symposium on HID. Grapevine, TX October 12 - 15, 2015.

Sheets, K.M., Kirkpatrick, B., Baird, M.L., **Heinig, J.A.**, Davis, D.L, and Starr, D.B. (2015) Paternity Reclaimed:Ancestry Testing Reveals a Unique Case of Congenital Chimerism. Presented at The American Society of Human Genetics, Baltimore, MD; October 6-10, 2015.

Peterson, J.W., Baird, M.L., Reid, T.M., Kraemer, C.M., Hodge, D.M., Schuh, C.M., Deickhoner, C.L., Ahmed, M.B., **Heinig, J.A.**, Kahsar, M.D., Lee, S.C. and Lee, R.F. (2005) DDCPlex[TM] : The Use of Additional STR Loci for Solving Difficult Parentage and SibshipTests. Promega 16th International Symposium on HID. Dallas, Texas September 25 - 29, 2005

**EXHIBIT "B"**

Gamble, R.L., Suzuki, K., **Heinig, J.A.**, Youson, J.H., Keeley, F.W., and Sower, S.A. (1997) Isolation of cDNA encoding the precursor to lamprey gonadotropin-releasing hormone-I from the brain of the sea lamprey, *Petromyzon marinus*.. Proceedings of the XIIIth International Congress of Comparative Endocrinology, Nov. 16-21, 1997. Yokohama, Japan. Advances in Comparative Endocrinology, S. Kawashima and S. Kituyama, eds. Monduzzi Editore, Bologna, pp. 735-738

**Heinig, J. A.**, Youson, J. H., and Keeley, F. W. (1996). Expression of two forms of POMC (proopiomelanocortin) during metamorphosis and sexual maturation of the lamprey. The FASEB Journal, Vol. 10 (No. 3). Presented at Experimental Biology '96, Washington, D.C., April 16 - 20, 1996.

**Heinig, J. A.**, Keeley, F. W., and Youson, J. H. (1994). Sequence of a POMC cDNA clone from lamprey pituitary. American Zoologist, Vol. 34 (No. 5). Presented at American Society of Zoologists, St. Louis, Missouri, January 4 - 8, 1995.

**Heinig, J. A.** and Youson, J. H. (1991). Freeze fracture and morphometric analyses of zonulae occludentes in the anterior intestinal epithelium of adult lampreys during osmoregulation. Developmental Biology, Vol. 45 (No. 2). Presented at American Association of Anatomists, New York, New York, March 11-15, 1992.

**EXHIBIT "B"**